B6F (Official Form 6F) (12/07)

In re **Beautiful Bride, L.L.C.**, Case No. **09-28155**
                              Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community — H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**ADT Security**<br>P.O. Box 96175<br>Las Vegas, NV 81913 | | - | alarm services | | | | 260.00 |
| Account No. **xxxxL156**<br><br>**After Six**<br>118 W. 20th Street<br>New York, NY 10011 | | - | dresses | | | | 660.00 |
| Account No. **xxx3016**<br><br>**Alfred Angelo**<br>1690 South Congress Ave.<br>Suite 120<br>Delray Beach, FL 33445 | | - | bridesmaid dresses, gowns | | | | 20,000.00 |
| Account No. **xxxxxxxxxx4004**<br><br>**American Express**<br>PO Box 297871<br>Fort Lauderdale, FL 33329 | | - | inventory purchases, gas, expenses | | | | 4,500.00 |

__8__ continuation sheets attached

Subtotal (Total of this page)   **25,420.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    S/N:32405-090917    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Beautiful Bride, L.L.C.**, Case No. **09-28155**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx04A** <br><br>**B2/Jasmine** <br>**820 Turnberry Ct.** <br>**Hanover Park, IL 60133** | | - | **dresses** | | | | 24,000.00 |
| Account No. <br><br>**Beacon Printing Company, Inc.** <br>**2850 Old Washington Road** <br>**Waldorf, MD 20601** | | - | **printing services** | | | | 336.30 |
| Account No. **xxxB375** <br><br>**Bel Aire Bridal** <br>**23002 Mariposa Avenue** <br>**Torrance, CA 90502** | | - | **headpieces, veils** | | | | 1,000.00 |
| Account No. **xx7670** <br><br>**Bill Levkoff** <br>**8 Westchester Plaza** <br>**Elmsford, NY 10523** | | - | **bridesmaid dresses** | | | | 5,000.00 |
| Account No. **xxxMD 135** <br><br>**Casablanca** <br>**2140 E. Winston Rd.** <br>**Anaheim, CA 92806** | | - | **bridal dresses, etc.** | | | | 500.00 |

Sheet no. __1__ of __8__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **30,836.30**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Beautiful Bride, L.L.C.**  ,  Case No. __**09-28155**__
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Catherine Latham**<br>**195 Martin Lane**<br>**Alexandria, VA 22304** | | - | **3/2009**<br>**deposit on wedding dress** | | | | **1,220.00** |
| Account No.<br><br>**Colorifics**<br>**PO Box 2408**<br>**Woburn, MA 01888** | | - | **shoes** | | | | **1,000.00** |
| Account No. **xxxxx8278**<br><br>**Community Phone Book**<br>**c/o McCarthy, Burgess & Wolff**<br>**26000 Cannon Road**<br>**Bedford, OH 44146** | | - | **advertising** | | | | **859.99** |
| Account No. **xxxx9353**<br><br>**DaVinci**<br>**11102 W. Airport Road**<br>**Stafford, TX 77477** | | - | **bridemaid dresses** | | | | **2,000.00** |
| Account No. **xx1020**<br><br>**Dyeables**<br>**374 High Street**<br>**Farmington, ME 04938** | | - | **shoes** | | | | **1,000.00** |

Sheet no. __**2**__ of __**8**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **6,079.99**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Beautiful Bride, L.L.C.**  ,   Case No. **09-28155**
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Enzoani<br>17975 Sky Park Circle<br>Suite E<br>Irvine, CA 92614 | | - | wedding gowns | | | | 1,400.00 |
| Account No.<br><br>India Harris<br>10959 Stella Court<br>Waldorf, MD 20603 | | - | 6/13/09<br>deposit of $390 for dress | | | | 390.00 |
| Account No. xxA002<br><br>Jim Hjelm<br>525 7th Avenue<br>Suite 1703<br>New York, NY 10018 | | - | bridal gowns | | | | 4,000.00 |
| Account No.<br><br>Kate Muldower<br>2112 New Hampshire Ave.<br>#202<br>Washington, DC 20009 | | - | 4/4/09<br>deposit on gown ($1377) and bridesmaid dresses ($800) | | | | 2,177.00 |
| Account No.<br><br>Kelly Beirne<br>4470 Oakdale Crescent Ct.<br>#923<br>Fairfax, VA 22030 | | - | 5/09<br>deposit on dress | | | | 957.50 |

Sheet no. **3** of **8** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **8,924.50**

B6F (Official Form 6F) (12/07) - Cont.

In re **Beautiful Bride, L.L.C.**,  Case No. **09-28155**
                                 Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Kelly Morgan<br>8611 Mallard View<br>Fairfax Station, VA 22039 | | - | 4/25/09<br>deposit on bridesmaid dresses | | | | 684.73 |
| Account No. **xxxxxFU012**<br><br>Maggie Sottero<br>2300 South 1070 West<br>Salt Lake City, UT 84119 | | - | bridal gowns | | | | 1,100.00 |
| Account No.<br><br>Malis Henderson<br>8255 Mountain Sights<br>Suite 101<br>Montreal, CN | | - | headpieces and veils | | | | 2,000.00 |
| Account No. **xxxxxx8366**<br><br>Maryland Bank & Trust<br>PO Box 248<br>Waldorf, MD 20604 | | - | SBA loan | | | | 5,000.00 |
| Account No. **xxxxxxx8369**<br><br>Maryland Bank & Trust<br>PO Box 248<br>Waldorf, MD 20604 | | - | SBA loan | | | | 76,627.00 |

Sheet no. **4** of **8** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   85,411.73

B6F (Official Form 6F) (12/07) - Cont.

In re **Beautiful Bride, L.L.C.**, Case No. **09-28155**
                Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx8365**<br><br>**Maryland Bank & Trust**<br>**PO Box 248**<br>**Waldorf, MD 20604** | | - | **SBA loan** | | | | 27,300.00 |
| Account No. **xxNM678**<br><br>**Moonlight**<br>**9751-9761 Irvine Center Dr.**<br>**Irvine, CA 92618** | | - | **bridal gowns** | | | | 2,000.00 |
| Account No.<br><br>**Rachel Alexander**<br>**1320 N. Veitch #1521**<br>**Arlington, VA 22201** | | - | **7/09**<br>**deposit on wedding dress** | | | | 951.72 |
| Account No. **xx4888**<br><br>**Randi Lyn**<br>**7650 168th Avenue N.W.**<br>**Anoka, MN 55303** | | - | **bridal accessories** | | | | 166.45 |
| Account No. **xxBEOA**<br><br>**Saison Blanche**<br>**145 E. Walnut Avenue**<br>**Monrovia, CA 91016** | | - | **bridesmaid dresses** | | | | 1,500.00 |

Sheet no. **5** of **8** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    31,918.17

B6F (Official Form 6F) (12/07) - Cont.

In re  **Beautiful Bride, L.L.C.**, Case No. **09-28155**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Sandra Guy**<br>**42319 Swans Court**<br>**Leonardtown, MD 20650** | | - | **personal loan with Frances Banagan** | | | | 50,000.00 |
| Account No. **xxxxxx0000**<br><br>**SMECO**<br>**PO Box 62261**<br>**Baltimore, MD 21264-2261** | | - | **utility service to Waldorf location** | | | | 954.73 |
| Account No. **xxxx8194**<br><br>**Southern MD Publishing**<br>**7 Industrial Park Drive**<br>**Waldorf, MD 20602** | | - | **advertising** | | | | 480.54 |
| Account No.<br><br>**Special Occasions**<br>**31 Osprey Road**<br>**Saugus, MA 01906** | | - | **shoes** | | | | 500.00 |
| Account No. **xxxx2706**<br><br>**State of Maryland**<br>**c/o Charles County Circuit Court**<br>**PO Box 970**<br>**La Plata, MD 20646** | | - | **2009**<br>**trader's license fee** | | | | 402.00 |

Sheet no. **6** of **8** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **52,337.27**

B6F (Official Form 6F) (12/07) - Cont.

In re **Beautiful Bride, L.L.C.**, Case No. **09-28155**
                                            Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x1248** <br><br> **Strategic Funding Source, Inc.** <br> **1501 Broadway, Suite 360** <br> **New York, NY 10036** | | - | business advance on credit card purchases | | | | 7,500.00 |
| Account No. **xxxx5067** <br><br> **Symphony Bridal** <br> **540 Nepperhan Avenue** <br> **Yonkers, NY 10701** | | - | headpieces, veils, gowns | | | | 3,500.00 |
| Account No. <br><br> **T.J. Murphy CPA** <br> **8023 Malcolm Road** <br> **Clinton, MD 20735** | | - | accountant services | | | | 2,000.00 |
| Account No. <br><br> **United Parcel Service** <br> **55 Glenlake Parkway, N.E.** <br> **Atlanta, GA 30328** | | - | delivery charges | | | | 1,500.00 |
| Account No. **xxx4697A** <br><br> **Venus Bridal** <br> **411 South California St.** <br> **San Gabriel, CA** | | - | bridal gowns | | | | 3,000.00 |

Sheet no. **7** of **8** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   17,500.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Beautiful Bride, L.L.C.**, Case No. **09-28155**
　　　　　　　　　　　　　　Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx-xxx-9488**<br><br>**Verizon**<br>**P.O. Box 660720**<br>**Dallas, TX 75266** | | - | **phone services for Beautiful Bride** | | | | **310.73** |
| Account No.<br><br>**Waldorf Limited Partnership**<br>**c/o Beth, Kinney & Korner PC**<br>**2300 Wilson Bridge Drive, 7th FL**<br>**Arlington, VA 22201** | | - | **2009**<br>**claim for unpaid rent at Waldorf location at Festival Way - Petition for Warrant of Restitution for breach of Lease** | | | | **33,257.52** |
| Account No. **xxxxxxx8840**<br><br>**Washington Gas**<br>**PO Box 37747**<br>**Philadelphia, PA 19101-5047** | | - | **utility services** | | | | **50.00** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. **8** of **8** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **33,618.25**

Total (Report on Summary of Schedules) **292,046.21**